| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **American Titanium Works LLC** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-0876190** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **5315 N. Clark, Unit 329**<br>**Chicago, IL 60640**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **N/A** |
| --- | --- | --- |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **American Titanium Works LLC**        Case number (*if known*) _____
<br>Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>  3314  </u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

| Debtor | **American Titanium Works LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### ▮ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | **American Titanium Works LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | American Titanium Works LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5-1-24
MM / DD / YYYY

X _(signature)_                          Thomas F. Sax
Signature of authorized representative of debtor          Printed name

Title    CEO

---

**18. Signature of attorney**

X    /s/ Mark L. Radtke                    Date    05/01/2024
Signature of attorney for debtor                 MM / DD / YYYY

**Mark L. Radtke**
Printed name

**FOLEY & LARDNER LLP**
Firm name

**321 N. Clark Street**
**Suite 3000**
**Chicago, IL 60654**
Number, Street, City, State & ZIP Code

Contact phone    312-832-4500          Email address    mradtke@foley.com

**6275738 IL**
Bar number and State

01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              )
            **American Titanium Works LLC**         )      Chapter 11
                                                    )      Bankruptcy Case No.
                                                    )
            Debtor(s)                               )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.      [To be completed in all cases]

        I(We), **Thomas F. Sax**, the undersigned debtor(s), corporate officer, partner, or member hereby
declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true
and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being
filed with the petition; and (3) the document's are true and correct.

B.      [To be checked and applicable only if the petition is for a corporation or other limited
        liability entity.]

        ☒ I, Thomas F. Sax _____, the undersigned, further declare under penalty of perjury that I
        have been authorized to file this petition on behalf of the debtor.

**Thomas F. Sax**
_____          _____
Printed or Typed Name of Debtor or Representative       Printed or Typed Name of Joint Debtor

_____          _____
Signature of Debtor or Representative                   Signature of Joint Debtor

5-1-24

_____          _____
Date                                                     Date

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **American Titanium Works LLC** | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AET Partners**<br>24/25 The Shard<br>32 London Bridge Street<br>LONDON UK SE1 9SG | **Attila Kadikoy**<br><br>akadikoy@gmail.com<br>27-82-970-9643 | **Professional Services** | | | | **$111,500.00** |
| **American Defense International, Inc.**<br>1101 K St NW, #850<br>Washington, DC 20005 | **Van Hipp**<br><br>vhipp@americandefense.net<br>202-589-0020 | **Professional Services** | **Disputed** | | | **$150,000.00** |
| **Erigo Technologies LLC**<br>850 Cayuga Heights Rd.<br>Ithaca, NY 14850 | **Nabil Elkouh**<br><br>nabil.elkouh@erigo.com<br>603-398-3342 | **Professional Services** | | | | **$819,634.99** |
| **Financial Relations, Inc.**<br>5315 N. Clark St., Unit 329<br>Chicago, IL 60640 | **Thomas Sax**<br><br>tsax@frichicago.com<br>312-659-6273 | **Unsecured Loan** | | | | **$115,937.00** |
| **H&M Company, Inc.**<br>50 Security Drive<br>Jackson, TN 38305 | **Chris Carroll**<br><br>ccarroll@hmcompany.com<br>731-664-6300 | **Unsecured Loan** | | | | **$649,970.00** |
| **Haynesworth, Sinkler, Boyd**<br>1201 Main Street<br>22nd Floor<br>Columbia, SC 29201 | **Gary Morris**<br><br>gmorris@hsblawfirm.com<br>803-779-3080 | **Professional Services** | | | | **$140,078.82** |
| **InvestSC Inc.**<br>1201 Main Street, Suite 1600<br>Columbia, SC 29201 | **Harry Huntley**<br><br>hhuntley@investsc.org<br>803-737-0628 | **Unsecured Loan** | | | | **$273,458.00** |

Debtor    **American Titanium Works LLC**                          Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KFW IPEX Bank GmbH Palmengartenstrasse 5-9 Frankfurt Germany 60325** | **Stefan Eitel** **stefan.eitel@kfw.de** **+49 (69) 7431-4721** | **Professional Services** | | | | $65,000.00 |
| **Lindsay Holdings LLC 1100 Metropolitan Avenue, #209 Charlotte, NC 28204** | **Hal Lindsay** **hlindsay@carolina.rr.com** **704-299-1744** | **Unsecured Loan** | | | | $218,102.00 |
| **Logan & Associates Ltd. 600 Central Avenue, Suite 275 Highland Park, IL 60035** | **Andrew Logan** **alogan@logancpa.com** **847-431-1650** | **Professional Services** | | | | $296,579.64 |
| **Mike Maling 951 Mount Vernon Avenue Lake Forest, IL 60045** | **Mike Maling** **m-maling@northwestern.edu** **847-917-0855** | **Unsecured Loan** | | | | $334,959.00 |
| **Mizuho Americas 1271 6th Avenue New York, NY 10020-1104** | **212-282-3000** | **Trade Debt** | **Disputed** | | | $412,500.00 |
| **New York Titanium 300 Winston Dr., Apt. 1023 Cliffside Park, NJ 07010** | **Mark Kaplan** **muk22@icloud.com** **917-774-2832** | **Professional Services** | | | | $93,000.00 |
| **Norman Jackson 27540 Hickory Blvd. Bonita Springs, FL 34134** | **Norman Jackson** **jaksnnorm@aol.com** **330-323-3837** | **Unsecured Loan** | | | | $119,388.00 |
| **SC Launch 1000 Catawba Street Columbia, SC 29201** | **Lee Macilwinew** **lee.macilwinew@scra.org** **803-799-4070** | **Unsecured Loan** | | | | $975,693.00 |
| **Sean Platt 14947 Outlook Lane Overland Park, KS 66223** | **Sean Platt** **sean.m.platt@smithbarney.com** **913-269-8787** | **Unsecured Loan** | | | | $65,754.00 |
| **SMS Group GmbH Eduard-Scholemanmstrasse 4 D40237, Dusseldorf Germany** | **Jens Haupt** **jensoliver.haupt@sms-group.com** **412-736-9395** | **Customer Deposit** | | | | $6,012,733.00 |

Debtor    **American Titanium Works LLC**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tronox LLC 263 Tresser Blvd., #1100 Stamford, CT 06901** | **Steven Grossman** steven.grossman@tronox.com **310-277-1226** | **Loan** | **Disputed** | **$14,016,873.60** | **$0.00** | **$14,016,873.60** |
| **UCAN 225 S. Pleasantburg Dr., Suite C-15 Greenville, SC 29607** | **Matt Dunbar** matt@venturesouth.vc **864-320-1690** | **Unsecured Loan** | | | | **$897,418.00** |
| **Winston & Strawn 35 West Wacker Drive Chicago, IL 60601-9703** | **Andrew McDonough** amcdonough@winston.com **312-558-5600** | **Professional Services** | | | | **$364,317.04** |

---

**Fill in this information to identify the case:**

Debtor name    **American Titanium Works LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5-1-24          X _____
                              Signature of individual signing on behalf of debtor

                              **Thomas F. Sax**
                              Printed name

                              **CEO**
                              Position or relationship to debtor

---

**UNANIMOUS WRITTEN CONSENT
OF THE MANAGER OF
AMERICAN TITANIUM WORKS LLC**

**Dated:  April 24, 2024**

The undersigned, being all of the members of the Board of Directors of American Titanium Works, Inc., a Delaware corporation, in its capacity as Manager (the **"Manager"**) of AMERICAN TITANIUM WORKS LLC, a Delaware limited liability company (the **"Company"**), waive the notice, calling, and holding of a special meeting of the Board and, in accordance with Section 141(f) of the Delaware General Corporation Law, 8 *Del.* C. §101, *et seq.,* do hereby consent to, adopt, authorize, and approve the following resolutions and the actions specified therein:

WHEREAS, the Company and Tronox, LLC, a Delaware limited liability company (**"Tronox"),** entered into a loan transaction pursuant to a certain Loan Agreement dated as of August 15, 2018 (as amended, the **"Loan Agreement"); and**

WHEREAS Tronox has delivered a notice of default to the Company in connection with the Loan Agreement and has attempted to initiate a Uniform Commercial Code sale of the assets of the Company; and

WHEREAS, as a result of the receipt of the notice of default and initiation of a Uniform Commercial Code sale of assets, the Company intends to pursue bankruptcy proceedings.

NOW, THEREFORE, BE IT RESOLVED that Company shall file bankruptcy proceedings,

BE IT FURTHER RESOLVED, that the law firm Foley & Lardner be and is hereby engaged, appointed, and designated by the Company as its attorneys to represent the Company in any bankruptcy proceeds upon the terms and conditions set forth in the engagement agreement submitted by the Foley & Lardner and executed by the Company; and

BE IT FURTHER RESOLVED, that Thomas F. Sax, the Chief Executive Officer of the Manager, is hereby authorized to execute and deliver engagement agreements, waiver conflicts, and all other documents that he may in his sole discretion deem advisable, necessary, expedient, convenient, or proper in connection with the Company's legal representation in any bankruptcy action.

The effective date of this Unanimous Written Consent is April 24, 2024, and a copy thereof shall be placed in the records of the Company as a Unanimous Written Consent of the Manager, effective as of such date.

[signature page follows]

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of American Titanium Works, Inc., the Manager of the Company, have executed this Unanimous Written Consent as of the date first written above, it being confirmed by each director that this Unanimous Written Consent may be executed in counterparts, all of which taken together shall constitute a single instrument, and may be delivered via facsimile, electronic mail or any electronic signature complying with the U.S. federal ESIGN Act of 2000. e.g., www.docusign.com) or other transmission method, and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

Thomas Sax

Nabil Elkouh

# United States Bankruptcy Court
## Northern District of Illinois

| In re | American Titanium Works LLC | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andrew G. Logan<br>600 Central Ave.<br>Suite 275<br>Highland Park, IL 60035 | | 1,250.000000 | 0.738928% |
| Bennet Scott May<br>105 N Thetford Rd<br>Lyme, NH 03768 | | 500 | 0.295571% |
| Brian Kurtz<br>496 Island Walk Way<br>Mt. Pleasant, SC 29464 | | 4,000.000000 | 2.364571% |
| David J Gelfand<br>930 Vernon<br>Glencoe, IL 60022 | | 96.955843 | 0.057315% |
| Derek Locke<br>12608 Pawnee Lane<br>Leawood, KS 66209 | | 288.153262 | 0.170340% |
| E. Scott Jackson<br>Trustee of the E. Scott<br>2863 Sombrero Drive<br>Bonita Springs, FL 34135 | | 9254.031961 | 5.470453% |
| Gary Kneisel<br>7510 NW McDonald Circle<br>Corvallis, OR 97330 | | 4,000.000000 | 2.364571% |
| GJR Leasing Corporation<br>999 Oakmont Plaza Drive<br>Westmont, IL 60559 | | 202.125000 | 0.119485% |
| Golden Vista Holdings<br>2135 Fairway Court<br>St. Charles, IL 60174 | | 202.125000 | 0.119485% |
| Gordon Willett Trust<br>17111 E. Jefferson Ave.<br>Apt. 19<br>Grosse Pointe, MI 48230 | | 9000 | 5.320284% |
| H&M Company (1st)<br>50 Security Drive<br>Jackson, TN 38305 | | 808.500000 | 0.477939% |

Sheet 1 of 5 in List of Equity Security Holders

In re:  **American Titanium Works LLC** _____    Case No. _____
                                             Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Immell, Gregory S.**<br>**12 Nottingham Drive**<br>**Lincolnshire, IL 60069** | | **30.318750** | **0.017923%** |
| **InvestSC, Inc.**<br>**1201 Main Street**<br>**Columbia, SC 29201** | | **1,097.905172** | **0.649019%** |
| **Kenton Family Irrevocable Trust**<br>**101 Willow Brook Drive**<br>**Wayland, MA 01778** | | **3375** | **1.995107%** |
| **Larry Oberman**<br>**2490 NW 66th Drive**<br>**Boca Raton, FL 33496** | | **1,277.243976** | **0.755033%** |
| **Laura L. Abzal**<br>**3016 Art Schultz Drive**<br>**Plainfield, IL 60586-8616** | | **250.000000** | **0.147786%** |
| **LeRoy C. Prichard**<br>**639 Birch Vieew Drive**<br>**Matthews, NC 28105** | | **4,175.000000** | **2.468021%** |
| **Lindsay Holdings LLC**<br>**1100 Metropolitan Ave.**<br>**#209**<br>**Charlotte, NC 28204** | | **8,453.123715** | **4.997002%** |
| **Lindsay Management LLC**<br>**1100 Metropolitan Ave.**<br>**#209**<br>**Charlotte, NC 28204** | | **13,080.000000** | **7.732146%** |
| **Maling, Mike**<br>**951 Mount Vernon Ave.**<br>**Lake Forest, IL 60045** | | **1,188.290765** | **0.702449%** |
| **Marc A. Kenton Revocable Trust**<br>**101 Willow Brook Drive**<br>**Wayland, MA 01778** | | **1687.5** | **0.997553%** |
| **Mark Kaplan**<br>**300 Winston Dr.**<br>**Apt. 1023**<br>**Cliffside Park, NJ 07010** | | **2,705.742760** | **1.599480%** |

List of equity security holders consists of 5 total page(s)

In re:   __American Titanium Works LLC_____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mary L. Kenton Revocable Trust<br>101 Willow Brook Drive<br>Wayland, MA 01778 | | 1687.5 | 0.997553 |
| Mullins, Edward J.<br>214 Bridle Path Circle<br>Oak Brook, IL 60523 | | 151.593750 | 0.089614% |
| Norman Jackson<br>4230 Lake Forrest Dr.<br>Unit 811<br>Bonita Springs, FL 34134 | | 1,509.758890 | 0.892483% |
| Olive Branch Partners<br>50 Security Drive<br>Jackson, TN 38305 | | 303.187500 | 0.179227% |
| Patrick C. McGwire<br>52 Howards Lane<br>London, UK SW15 6QF | | 500.000000 | 0.295571% |
| Randi Nell Sax Weaver Children's Gift Tr<br>1816 Sunnyside Circle<br>Northbrook, IL 60062 | | 2,000.000000 | 1.182285% |
| Reynolds, Thomas C. and Lori (Joint Tena<br>1100 Jorie Blvd.<br>Suite 364<br>Oak Brook, IL 60523 | | 121.275000 | 0.071691% |
| Reynolds, Thomas C. and Sherlyn (Joint T<br>1100 Jorie Blvd.<br>Suite 364<br>Oak Brook, IL 60523 | | 80.850000 | 0.047794% |
| Richard Edward Otto Dykast<br>Jean Ann Dyka<br>201 Rocky Slope Road, Apt. 1604<br>Greenville, SC 29607 | | 9000 | 5.320284% |
| Sally M. Britton Revocable Trust<br>22 Indigo Lane<br>Essex Junction, VT 05452 | | 500 | 0.295571% |
| Samuel Wm. And Renee Sax Trust<br>c/o Adela Cepeda<br>229 E. Lake Shore Dr., #3W<br>Chicago, IL 60611 | | 11958 | 7.068884% |

List of equity security holders consists of 5 total page(s)

In re:   **American Titanium Works LLC** _____    Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Samuel Wm. Sax**<br>237 E. Delaware, Apt. 12A<br>Chicago, IL 60611 | | **2000** | **1.182285%** |
| **Saporito, Charles J. Trust dtd 6/9/94**<br>99 Briarwood Circle<br>Oak Brook, IL 60523 | | **151.593750** | **0.089614%** |
| **Saporito, Sheila A. Trust dtd 6/9/94**<br>99 Briarwood Circle<br>Oak Brook, IL 60523 | | **151.593750** | **0.089614%** |
| **Schmitz, William G.**<br>1010 S. Hamlin Ave.<br>Park Ridge, IL 60068 | | **101.062500** | **0.059742%** |
| **Sean Platt**<br>14947 Outlook Lane<br>Overland Park, KS 66334 | | **257.834512** | **0.152417%** |
| **Sebastian Sax Supplemental Needs Trust**<br>600 Central Ave., #275<br>Highland Park, IL 60035 | | **6489.75** | **3.836368%** |
| **SMS Siemag**<br>100 Sandusky St.<br>Pittsburgh, PA 15212 | | **2,423.008161** | **1.432344%** |
| **Stewart E. Schwartz Decendant's Gift Tr**<br>1650 W. Division St.<br>Unit A<br>Chicago, IL 60622 | | **1,000.000000** | **0.591143%** |
| **Stuart Schwartz**<br>1650 W. Division St., Unit A<br>Chicago, IL 60622 | | **8000** | **4.729142%** |
| **The Elkouh Children's Irrevocable Trust**<br>850 Cayuga Heights Rd.<br>Ithaca, NY 14850 | | **6854.05** | **4.051722%** |
| **The Elkouh Grandchildren's Irrevocable Trust**<br>850 Cayuga Heights Rd.<br>Ithaca, NY 14850 | | **2937.45** | **1.736452%** |

List of equity security holders consists of 5 total page(s)

In re:   **American Titanium Works LLC** _____     Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Nabil A. Elkouh Revocable Trust 850 Cayuga Heights Rd. Ithaca, NY 14850** | | **13312.332821** | **7.869488%** |
| **Thomas F. Sax 3091 Summit Highland Park, IL 60035** | | **16030.581374** | **9.476361%** |
| **Thomas W. Nelson 15618 Eddington Way Apple Valley, MN 55124** | | **1,250.000000** | **0.738928%** |
| **Tronox Ltd. 3301 Northwest 150th St. Oklahoma City, OK 73134** | | **12,721.344354** | **7.520131%** |
| **Walsh, John R.  III, Trustee of the John 659 Bridge Way N Naples, FL 34108-2745** | | **101.062500** | **0.059742%** |
| **William B Zingg 14935 Out Overland Park, KS 66233** | | **148.048793** | **0.087518%** |
| **William R. Baschnagel 1900 Cattle Drive Prosper, TX 75078** | | **500** | **0.295571%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _____5-1-24_____     Signature _____
                                                                Thomas F. Sax

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **American Titanium Works LLC**                                    Case No.
                                        Debtor(s)          Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Titanium Works LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

05/01/2024                                     /s/ Mark L. Radtke
Date                                           **Mark L. Radtke**
                                               Signature of Attorney or Litigant
                                               Counsel for   **American Titanium Works LLC**
                                               **FOLEY & LARDNER LLP**
                                               **321 N. Clark Street**
                                               **Suite 3000**
                                               **Chicago, IL 60654**
                                               **312-832-4500 Fax:312-832-4700**
                                               **mradtke@foley.com**

## United States Bankruptcy Court
### Northern District of Illinois

In re  **American Titanium Works LLC**

<u> </u>                                    Case No.  

Debtor(s)                                 Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:         **48**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   5-1-24

Thomas F. Sax/CEO
Signer/Title

AET Partners
Attn: Attila Kadikoy
24/25 The Shard
32 London Bridge Street LONDON
UK SE1 9SG


American Defense
International, Inc.
Attn: Van Hipp
1101 K St NW, #850 Washington,
DC 20005


American Titanium Works, Inc.
5315 N. Clark St., Unit 329
Chicago, IL 60640


Barnes & Thornburg, LLP
1 North Wacker Drive
Suite 4400
Chicago, IL 60606-2833


Battery Consulting Services
850 Cayuga Heights Road
Ithaca, NY 14850-1043


BP Barber
128 Millport Circle
Suite 100
Greenville, SC 29607


Brian Kurtz
P.O. Box 2046
Mount Pleasant, SC 29465


Carding Mill Limited
63 Albany Roada
Old Windsor
BERKSHIRE UK SL4 2QD

Deanna L. Koestel
Pashman Stein Walder
Hayden, P.C.
21 Main St., #200
Hackensack, NJ 07601

Derek Locke
1608 Pawnee Lane
Leawood, KS 66209

E. Scott Jackson
28363 Sombrero Drive
Bonita Springs, FL 34135

Ed McCallum
56 Maydell Avenue
Greenville, SC 29607

Erigo Technologies LLC
Attn: Nabil Elkouh
850 Cayuga Heights Rd.
Ithaca, NY 14850

Financial Relations, Inc.
Attn: Thomas Sax
5315 N. Clark St., Unit 329
Chicago, IL 60640

Gary Kneisel
7510 NW McDonald Circle
Corvallis, OR 97330

Gleeds
4 Concourse Parkway
Suite 215
Atlanta, GA 30328

H&M Company, Inc.
Attn: Chris Carroll
50 Security Drive Jackson,
TN 38305

Haynesworth, Sinkler, Boyd
Attn: Gary Morris
1201 Main Street
22nd Floor
Columbia, SC 29201

Houlihan Lokey
245 Park Avenue
20th Floor
New York, NY 10167

InvestSC Inc.
Attn: Harry Huntley
1201 Main Street, Suite 1600
Columbia, SC 29201

Johnson Smith Hibbard Wildman
220 N. Church St.
#4
Spartanburg, SC 29306

Jones Lang LaSalle
200 East Randolph Drive
Chicago, IL 60601

Joseph C. Barsalona II
Pashman Stein Walder Hayden,
P.C.
1007 N. Orange St.,
4th Fl. #183
Wilmington, DE 19801

KFW IPEX Bank GmbH
Palmengartenstrasse 5-9
Frankfurt Germany 60325

KJIS Consulting, LLC
14936 Richvale Drive
La Mirada, CA 90638

Lawrence Oberman
2490 NW 66th Drive
Boca Raton, FL 33496

LeRoy Prichard
639 Birch View Drive Matthews,
NC 28105-0010

Lindsay Holdings LLC
Attn: Hal Lindsay
1100 Metropolitan Avenue, #209
Charlotte, NC 28204

```
Logan & Associates Ltd.
Andrew Logan
600 Central Avenue, Suite 275
Highland Park, IL 60035


Mark Kaplan
300 Winston Drive, Apt. 1023
Cliffside Park, NJ 07010


Mike Maling
951 Mount Vernon Avenue
Lake Forest, IL 60045


Mizuho Americas
1271 6th Avenue
New  York, NY 10020-1104


New York Titanium
Attn: Mark Kaplan
300 Winston Dr., Apt. 1023
Cliffside Park, NJ 07010


Norman Jackson
27540 Hickory Blvd.
Bonita Springs, FL 34134


Pedersen & Houpt
161 N. Clark Street
Suite 2700
Chicago, IL 60601-3224


Retech Systems LLC
100 Henry Station Road Ukiah,
CA 94582


Richard Dykast
201 Rocky Slope Road, Apt 1604
Greenville, SC 29607
```

Robbins DiMonte
216 West Higgins Road
Park Ridge, IL 60068


SC Launch
Attn: Lee Macilwinew
1000 Catawba Street
Columbia, SC 29201


Sean Platt
14947 Outlook Lane
Overland Park, KS 66223


SMS Group GmbH
Attn: Jens Haupt
Eduard-Scholemanmstrasse 4
D40237, Dusseldorf Germany

Steven Grossman
Tronox
410 Park Ave., #1400
New York, NY 10022


Steven R. Jakubowski
Robbins DiMonte, Ltd.
180 N. LaSalle St., #3300
Chicago, IL 60601


Tab K. Rosenfeld
Rosenfield & Kaplan, LLP
1180 Ave. of the Americas, #1920
New York, NY 10036


Thomas F. Sax
3091 Summit
Highland Park, IL 60036


Tronox LLC
Attn: Steven Grossman
263 Tresser Blvd., #1100
Stamford, CT 06901

UCAN
Attn: Matt Dunbar
225 S. Pleasantburg
Dr.
Suite C-15
Greenville, SC 29607

Winston & Strawn
Attn: Andrew McDonough
35 West Wacker Drive
Chicago, IL 60601-9703