UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24bk06559 |
| | ) | |
| American Titanium Works LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO RAINES FELDMAN LITTRELL LLP, ATTORNEYS FOR THE CHAPTER
7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 38,930.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 365.70 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 38,564.30 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $ 38,564.30

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 365.70

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: January 16, 2026

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

**EXHIBIT**

**A-3**

# RAINES
## RAINES FELDMAN LITTRELL LLP

1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
(310) 440-4100
www.raineslaw.com
Federal Tax ID: 20-4515337

**Invoice Date: 9/22/2025**
**Invoice Number: 139380**

American Titanium Works LLC
Thomas Sax

**8344-004 / Claims**

| Professional Services | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/2025 | NBN | Review insider proofs of claim filed by T. Sax, Financial Relations, Inc. and Amer. Titanium Works, Inc. for possible objections. | 0.40 | 800.00 | 320.00 |
| 04/07/2025 | NBN | Telephone calls with T. Sax and A. Logan re: debtor's accrual of expenses and amounts owing to unsecured creditors. | 0.30 | 800.00 | 240.00 |
| 05/06/2025 | NBN | Review recent filed Proofs of Claim and discuss debts owed more than 10 years with M. Radtke. | 0.40 | 800.00 | 320.00 |
| 05/20/2025 | NBN | Correspond with M. Radtke re: claims bar date and post-petition claims (.3). Telephone conference and correspond with Clerk's Office re: bar date notice to unpaid Chapter 11 claimants (.3). Correspond with A. Brief re: UST's claim (.2). Review claim filed by Tronix (.2). | 1.00 | 800.00 | 800.00 |
| 05/29/2025 | NAS | Print claims register (.10) and compare claims with bankruptcy petition (.10). | 0.20 | 190.00 | 38.00 |
| 06/12/2025 | NBN | Review exhibits to proofs of claim filed by Tronox and ATW, Inc. re: possible objections. | 0.40 | 800.00 | 320.00 |
| 06/25/2025 | JSP | Brief initial conference with N. Newman; download and review Rule 1019 report; download and review claims register. | 0.50 | 690.00 | 345.00 |
| 06/26/2025 | JSP | Review N. Newman's markup of claims register; download indicated claims and analyze claims, schedules and Rule 1019 report in preparation for task meeting with N. Newman. | 1.50 | 690.00 | 1,035.00 |
| 06/30/2025 | NBN | Review documents in support of proofs of claim involving loans, interest claimed and damages asserted for more than 7 years pre-petition re: objections. | 1.40 | 800.00 | 1,120.00 |

(1)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/2025 | JSP | Analyze claim 13 Lindsay Holdings LLC; note 2 alternative claim computations; perform calculations of net present value through petition date and note that the computation is correct only if no payments ever made on account, and alternative calculation and amount of claim would be through claim filing date if no payments ever made; send email communication to claimant explaining issue and requesting clarification. | 0.40 | 690.00 | 276.00 |
| 07/02/2025 | JSP | Email to counsel for Winston & Strawn Claim 3 noting inability to discern timing of services of provided nor how the asserted sum was computed and requesting supporting documentation including ledger or spreadsheet. | 0.20 | 690.00 | 138.00 |
| 07/02/2025 | JSP | Comprehensive email update to N. Newman regarding issues and status of communications made to claimants with respect to Claims 2, 3, 4, 6, 8, 8, 10, 11, 12, 14 and 17. | 0.40 | 690.00 | 276.00 |
| 07/02/2025 | JSP | Review ledger attached to Claim 11 Financial Relations Inc; note no agreement or contract and dates of advances and cut off date if no note, for SOL purposes of Illinois law; email communication to T. Sax requesting note(s) associated with loan advances asserted in claim; briefly review reply email from T. Sax with supporting documents. | 0.40 | 690.00 | 276.00 |
| 07/02/2025 | JSP | Email communication to T. Sax regarding Claim 10 American Titanium Works Inc and requesting management services agreement. | 0.10 | 690.00 | 69.00 |
| 07/06/2025 | JSP | Review reply email from Mr. Elkouh (relating to Erigo Technologies claim); review contract for services, review ledger and application of payments to invoices, email communication to N. Newman explaining issues. | 0.40 | 690.00 | 276.00 |
| 07/06/2025 | JSP | Review zip file containing invoices supporting Winston & Strawn claim. Note all invoices are for services rendered from 2009-2013 and beyond any applicable SOL; email communication to N. Newman explaining same. | 0.40 | 690.00 | 276.00 |
| 07/07/2025 | NBN | Telephone call and correspond with J. Pail re: Winston & Strawn, Erigo and Tronix objectionable claims. | 0.40 | 800.00 | 320.00 |
| 07/07/2025 | JSP | Phone call with D. Neier from Winston & Strawn regarding the date of the invoices and SOL; counsel to review invoices and respond; update explanatory email to to N. Newman with confirmation that a claim withdrawal will be requested. | 0.30 | 690.00 | 207.00 |

(1)

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/2025 | JSP | Analyze Sax/Debtor/American Titanium Works Inc Employment Agreement, review Sax email asserting position/argument in support of proof of claim, analyze relevant clauses in Debtor's LLC Agreement naming claimant as manager, phone call with T. Sax, brief research relating to contract beneficiary theory, communication to N. Newman regarding recommendation, phone call with N. Newman, review claim ledger for calculation of potential disallowed portion of claim due to 10-year SOL, explanatory email to T. Sax regarding SOL with allowed claim calculations with recommendation to have legal counsel review. | 2.30 | 690.00 | 1,587.00 |
| 07/21/2025 | JSP | Communications with counsel for Johnson Smith Hibbard & Wildman Law Firm regarding Debtor's lack of S Carolina operations, and SOL issue; request claim withdrawal and send link to portal; review claim withdrawal and update Claim Status Spreadsheet. | 0.50 | 690.00 | 345.00 |
| 07/21/2025 | JSP | Phone call with Mark Kaplan regarding New York Titanium claim, whether engagement letter or email can be found and forwarded, and discrepancy between claim and scheduled amount. | 0.20 | 690.00 | 138.00 |
| 07/22/2025 | NBN | Review Erigo amended claim(.2) correspond with J. Pail re: Tronox, ATW, Inc. and FRI amended claims(.2) Review ATW, Inc. and FRI amended claims(.2) | 0.60 | 800.00 | 480.00 |
| 07/22/2025 | JSP | Call with T. Sax regarding Financial Relations claim 10 and American Titanium Inc Claim 11, analyze T. Sax email explaining basis for position that Employment Agreement in conjunction with LLC Agreement constitutes was basis for determination that applicable SOL is 10 years for Claim American Titanium Inc claim and 5 years for Financial Relations claim; confer with N. Newman regarding same; follow up email to T. Sax regarding revised calculation for allowable portions of claim per applicable SOLs and where to find balance on ledger. | 1.10 | 690.00 | 759.00 |
| 07/22/2025 | JSP | Communication with Mr. Elkouh regarding Erigo amended claim; review claim and respond with confirmation that amendment pulled through to the claims register. | 0.20 | 690.00 | 138.00 |
| 07/22/2025 | JSP | Follow up email to CFO for Invest SC Inc requesting to be connected to company counsel to discuss SOL issue; review response and reply to counsel with copy of claim and SOL issue. | 0.20 | 690.00 | 138.00 |