UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 24bk06559 |
| | ) | |
| American Titanium Works LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LOGAN & ASSOCIATES, LTD, ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 10,256.50 | TOTAL COSTS REQUESTED: | $ 74.65 |
| TOTAL FEES REDUCED: | $ 392.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 9,864.50 | TOTAL COSTS ALLOWED: | $ 74.65 |

TOTAL FEES AND COSTS ALLOWED: $ 9,939.15

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Duplication of Services – TOTAL of disallowed amounts: $ 392.00

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303; *But see In re MEP Infrastructure Sols., Inc.*, 654 B.R. 922, 925 (Bankr. N.D. Ill. 2023) (Goldgar, J.) (incorrectly citing *In re Stainless Sales Corp.*, Case No. 17 B 3148, 2017 WL 2829675, at *2 (Bankr. N.D. Ill. June 27, 2017) (Barnes, J.) for the proposition that intra-office meetings between multiple lawyers are never compensable when *Stainless* cites to *Pettibone* for the foregoing—that an application must "adequately demonstrate[] that each attorney present contributed in some meaningful way" and thus satisfy 11 U.S.C. § 330(a)(3)(D) by demonstrating that the meeting is "necessary" or "beneficial" and must have taken a "reasonable amount of time.").

Dated: _January 16, 2026_

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

Logan & Associates Ltd.
Invoice No. 25561

Time & Cost Details
Billing Through  9/5/2025

**American Titanium Works, LLC**

| Item ID | Description | Date | Employee | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 04/03/2025 | AGL | 1.60 | $365.00 | $584.00 |
| | Engagement letter | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | AGL | 0.30 | $365.00 | $109.50 |
| | Review bankruptcy court documents | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | AGL | 0.30 | $365.00 | $109.50 |
| | Telephone call Mr. Newman | | | | | |
| (1) TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | AGL | 0.70 | $365.00 | $255.50 |
| | Meeting WRL - Discuss tax returns preparation | | | | | |
| (1) TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | WRL | 0.70 | $280.00 | $196.00 |
| | Meeting with AGL RE: review documents PBC for preparation of 2024 partnership returns, discuss approach to preparing returns and entries to zero ending balance sheet accounts on WTB, presentation of 2024 tax basis  WTB activity on partnership return | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Read documents filed with bankruptcy court and prepare summary entry to record monthly activity for May 2024, June 2024 in working trial balance for use with preparation of 2024 partnership returns | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Read documents filed with bankruptcy court and prepare summary entry to record monthly activity for July 2024, August 2024 in working trial balance for use with preparation of 2024 partnership returns | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Phone call with Norm Newman and AGL RE: 2024 partnership returns, final return and manner of presentation for transfer of assets during bankruptcy. Read books and records as of 5/1/24 and record opening entries in working trial balance for use with preparation of 2024 partnership returns | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/27/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Read 2024 books and records in fileroom and compare ending balance sheet per books to summaries of assets/liabilities per bankruptcy documentation filed with court | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/28/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Read documents filed with bankruptcy court and prepare summary entry to record monthly activity for November 2024 in working trial balance for use with preparation of 2024 partnership returns. Calculate and record entries on 12/31/24 trial balance to account for sale proceeds and DIP loan payoff | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/28/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Read documents filed with bankruptcy court and prepare summary entry to record monthly activity for December 2024 in working trial balance for use with preparation of 2024 partnership returns; reconcile ending liabilities per 12/31/24 WTB to ending liabilities per 12/31/24 monthly activity statement filed with bankruptcy court | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/28/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Read documents filed with bankruptcy court RE: asset purchase agreement, closing statement, other items related to sale | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/28/2025 | WRL | 1.00 | $280.00 | $280.00 |
| | Prepare 12/31/24 adjusting entries on working trial balance and related supporting workpapers for use with preparation of 2024 partnership returns | | | | | |

Time & Cost Details
Billing Through  9/5/2025

**American Titanium Works, LLC**

| Item ID | Description | Date | Employee | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/28/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Read documents filed with bankruptcy court and prepare summary entry to record monthly activity for September 2024, October 2024 in working trial balance for use with preparation of 2024 partnership returns | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/29/2025 | AGL | 1.30 | $365.00 | $474.50 |
| | Read journal entries and trace to supporting documents | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/29/2025 | WRL | 1.90 | $280.00 | $532.00 |
| | Draft 2024 Federal partnership return in Lacerte. Print draft copies of 2024 Federal and Illinois returns and link in caseware; prepare paper draft return for partner review by AGL. | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/29/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Meeting with AGL RE: discuss 12/31/24 trial balance and adjusting entries for tax return, K-1 presentation of COD income, Form 4797 reporting presentation for loss on sale of assets, disclosure of Chapter 7 bankruptcy liquidation in note on K-1, timeline for preparing returns for partner review | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/29/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Calculate and record adjustments for 12/31/24 tax return trial balance RE: disposition of assets, disposition of liabilities, transfers to bankruptcy trustee | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/29/2025 | WRL | 1.30 | $280.00 | $364.00 |
| | Draft 2024 Federal Schedules K-1 for members in Lacerte; read draft K-1s and capital accounts reconciliation schedule in Lacerte; update draft K-1s to zero ending capital accounts | | | | | |
| (1) TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/30/2025 | AGL | 0.70 | $365.00 | $255.50 |
| | Discuss forgiveness of debt reporting and allocation of loss on asset sale | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/30/2025 | AGL | 1.00 | $365.00 | $365.00 |
| | Review adjusting journal entries | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/30/2025 | AGL | 1.60 | $365.00 | $584.00 |
| | Read QuickBooks general ledger | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/30/2025 | AGL | 1.00 | $365.00 | $365.00 |
| | Review sales proceeds summary and JE | | | | | |
| (1) TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/30/2025 | WRL | 0.70 | $280.00 | $196.00 |
| | Meting with AGL RE: allocations of cancellation of debt income and loss on sale of assets, presentation of ordinary income/loss on K-1s for members; discuss potential recharacterization of debt liabilities to equity for members with unpaid loans and effect on K-1 reporting for members | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/30/2025 | WRL | 0.30 | $280.00 | $84.00 |
| | Prepare memo summary describing tax treatment of sale of assets under terms of asset purchase agreement dtd 8/19/2024. Phone call with AGL, Norman Newman RE: discuss tax treatment of loss on sale of assets, and status of draft returns | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 05/31/2025 | AGL | 1.30 | $365.00 | $474.50 |
| | Read IRC 108 forgiveness of debt and article on same | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 06/02/2025 | AGL | 1.00 | $365.00 | $365.00 |
| | Review summarization schedule of activities | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 06/02/2025 | AGL | 1.60 | $365.00 | $584.00 |
| | Read 1065 draft and K-1 forms, inquite as to debt forgiveness | | | | | |
| TAX:1065 | 1065 Partnership/LLC Tax Returns | 06/02/2025 | WRL | 0.70 | $280.00 | $196.00 |
| | Prepare PDF copies of 2024 partnership returns, 2024 Forms 8804/8805 withholding return; prepare PDF copies of 2024 Schedule K-1 packages; prepare filing instructions and transmittal letter to Norman Newman; link documents in caseware | | | | | |